IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02619-MEH

AMARO MONTEMAYOR,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,
DAVID LETHBRIDGE, in his individual capacity, and
COREY FARKAS, in his individual capacity,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2016**.

    The Stipulated Motion for Protective Order [filed February 9, 2016; docket #12] is **granted**. The parties' Proposed Stipulated Protective Order is filed contemporaneously.