IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02619-MEH

AMARO MONTEMAYOR,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,
DAVID LETHBRIDGE, in his individual capacity, and
COREY FARKAS, in his individual capacity,

    Defendants.

## DISMISSAL OF CLAIMS FOUR AND SEVEN

Before the Court is Plaintiff's Notice of Withdrawal of the Fourth and Seventh Causes of Action and Request for Court Approval. *See* docket #15. The Court finds the Notice and terms of the dismissal of claims proper. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), the fourth cause of action ("Violation of Title VII, [42] U.S.C. §2000 e-2 by the City: Denial of Promotional Opportunity to Street Division Manager"), and the seventh cause of action ("Violation of Title VII, 42 U.S.C. §2000 e-3 by the City: Denial of Division Manager Position") are **dismissed without prejudice**.

Dated and entered at Denver, Colorado this 22nd day of February, 2016.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge